■ In the Matter of MICHAEL FELLNER et al., Respondents-Appellants, v. JOSEPH P. McMURRAY et al., Appellants-Respondents. In the Matter of EDWARD C. DE VITO, SR., Respondent, v. JOSEPH S. MURPHY et al., Appellants.— Motion by petitioners Michael Fellner and Edward De Vito to have their cross appeal from the resettled judgment of the Supreme Court, Queens County, dated October 18, 1971, determined upon the record on appeal of appellants-respondents. A copy of the notice of the cross appeal is part of the papers on this motion. Motion granted. Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

■ In the Matter of L. FATATO, INC., Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— Proceeding pursuant to article 78 of the CPLR to annul respondent's determination, made January 12, 1972, which (1) found that petitioner had sold an unregistered alcoholic beverage to unlicensed persons and had also engaged in another business on its licensed premises and (2) imposed the penalty of a demand for payment of $2,500 on its surety bond and a 17-day deferred suspension of its license. Petition granted to the extent that the determination is modified, on the law, by annulling the suspension of petitioner's license and by reducing the amount of the bond claim to $250. As so modified, determination confirmed, without costs. In our opinion, the penalty imposed was an abuse of discretion to the extent indicated herein. Hopkins, Acting P. J., Latham, Shapiro, Christ and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CORNELIUS CLARK, Appellant.— Judgment of the Supreme Court, Queens County, rendered April 27, 1972, affirmed. No opinion. The case is remitted to the Supreme Court, Queens County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.